UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| ANNA LEAH SELLERS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:16-CV-339-TAV-DCP |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This civil matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge C. Clifford Shirley, Jr., on January 22, 2018 (the "R&R") [Doc. 18]. In the R&R, Judge Shirley recommends that plaintiff's Motion for Judgment on the Pleadings [Doc. 14] be denied and defendant's Motion for Summary Judgment [Doc. 16] be granted. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Shirley's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 18]. Plaintiff's Motion for Judgment on the Pleadings [Doc. 14] is **DENIED** and defendant's Motion for Summary

Judgment [Doc. 16] is **GRANTED**.  As this order resolves all issues in the case, the Clerk is **DIRECTED** to close this case file.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT